UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF ) | Magistrate No.: |
| JAMES BERNARD CONNELLY, JR. ) | |
| ) | **UNDER SEAL** |
| ) | |

## GOVERNMENT'S MOTION TO FILE AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT AND RELATED DOCUMENTS UNDER SEAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves this Court for an Order directing that the affidavit in support of a criminal complaint and arrest warrant and related documents, and this Motion and any resulting Order, be placed under seal until further order of the Court. In support of this motion, the United States represents the following:

1. The sealing of this matter, at this time, is necessitated by the government's plans to execute the arrest warrant of the above-named subject on or about Friday January 29, 2016, or as soon thereafter as possible. This individual is part of an ongoing investigation involving the writing of 65 unauthorized checks totaling $209,880 from his former employer to himself to pay for his personal expenses. The government fears that if the subject of the arrest warrant learns about the warrant prior to execution, he may flee, or he may hide or destroy evidence.

2. The government further requests that the affidavit and accompanying paperwork, this motion, and the resulting Order be filed under seal to protect law enforcement officials who will be involved in the execution of the arrest warrant, as well as any civilians who may be in the area when the warrant is executed.

WHEREFORE, the government respectfully requests that the affidavit and accompanying paperwork, this motion, and the resulting Order be placed under seal until further order of the

Court.   A proposed Order is attached for the Court's signature.

                                                Respectfully submitted,

                                                CHANNING D. PHILLIPS
                                                UNITED STATES ATTORNEY

By:      /s/ Teresa A. Howie
              TERESA A. HOWIE
              Assistant United States Attorney
              D.C. Bar No. 419236
              555 4th Street, N.W.
              Washington, D.C. 20530
              (202) 252-6965