# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF )<br>JAMES BERNARD CONNELLY, JR.        )<br>                                                                 )<br>_____ ) | Magistrate No.:<br><br>**UNDER SEAL** |

## ORDER

Upon consideration of the Government's Motion to Seal the Affidavit in Support of a Criminal Complaint and Arrest Warrant and related documents, as well as the government's Motion to Seal and the resulting Order, and for good cause shown, it is hereby

**ORDERED** that the government's Affidavit in Support of a Criminal Complaint and Arrest Warrant, the accompanying paperwork, the government's Motion to Seal, and this Order shall be sealed until further order of the Court.

**SO ORDERED,** this _____ day of January, 2016.

_____
THE HONORABLE DEBORAH ROBINSON
UNITED STATES MAGISTRATE JUDGE