

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN THE MATTER OF THE ARREST OF  )
JAMES BERNARD CONNELLY, JR.     )
                                )
_____  )

Case: 1:16-mj-00075
Assigned To : Magistrate Judge Deborah A. Robinson
Assign. Date : 01/29/2016
Description: Criminal Complaint & Arrest

### ORDER

Upon consideration of the Government's Motion to Seal the Affidavit in Support of a Criminal Complaint and Arrest Warrant and related documents, as well as the government's Motion to Seal and the resulting Order, and for good cause shown, it is hereby

**ORDERED** that the government's Affidavit in Support of a Criminal Complaint and Arrest Warrant, the accompanying paperwork, the government's Motion to Seal, and this Order shall be sealed until further order of the Court.

**SO ORDERED,** this _____ day of January, 2016.

_____
THE HONORABLE DEBORAH ROBINSON
UNITED STATES MAGISTRATE JUDGE